# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:20-cr-41-TFM-B |
| ) | |
| CHRISTOPHER RYAN SNIDER ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On May 14, 2020, the Defendant Christopher Ryan Snider, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2, Conspiracy to Possess with the Intent to Distribute a Controlled Substance (methamphetamine) and Count Twelve of the Indictment (Doc. 1), charging a violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2, Knowingly Use, Carry, or possess a firearm in furtherance of or in relation to a drug trafficking felony. *See* Docs. 115, 116, 117. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 121. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts 1 and 12 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **November 12, 2020 at 10:30 a.m.** under separate Order (Doc. 117).

**DONE** and **ORDERED** this 3rd day of June, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE